IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NA, | No. C -12-05634 EDL |
| Plaintiff, | **REASSIGNMENT ORDER** |
| v. | |
| ROBERT THOMPSON, et al., | |
| Defendants. / | |

In view of the Report and Recommendation filed on January 10, 2013, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: January 10, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge