1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    WELLS FARGO BANK, N.A.,                    No. C 12-5634 SI

9              Plaintiff,                       **ORDER ADOPTING REPORT AND**
                                                **RECOMMENDATION AND**
10       v.                                     **REMANDING THE ACTION TO**
                                                **ALAMEDA COUNTY SUPERIOR**
11   ROBERT THOMPSON, et al.,                   **COURT**

12             Defendants.
     _____/

13

14         Now before the Court is plaintiff Well Fargo Bank, N.A.'s motion to remand this action to

15   Alameda County Superior Court.  Defendants have not opposed the motion, requested an extension of

16   time, or otherwise contacted the Court.  Pursuant to Civil Local Rule 7-1(b), the Court determines that

17   the matter is appropriate for resolution without oral argument, and VACATES the hearing scheduled

18   for February 22, 2013.

19         On August 24, 2012, plaintiff filed an action in Alameda County Superior Court against

20   defendants Robert Thompson and Virginia Thompson for unlawful detainer.  Defendants removed the

21   case to this Court on November 2, 2012, and plaintiff moved to remand the action on December 18,

22   2012.   On January 11, 2013, Chief Magistrate Judge Elizabeth Laporte filed a Report and

23   Recommendation recommending that the Court grant plaintiff's motion to remand.  The Report and

24   Recommendation was served on defendants by mail.  Defendants made no objections to the Report and

25   Recommendation by the January 25, 2013 deadline, or thereafter.

26         Lacking both parties' consent to proceed before a magistrate judge, the case was reassigned here

27   and on January 14, 2013, plaintiff again filed a motion to remand.  The Court has reviewed the Report

28   and Recommendation, the complaint, and the motion to remand, and concludes that the case should be

**United States District Court**
For the Northern District of California

remanded because this Court lacks jurisdiction as set forth in the Report and Recommendation.

Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS the case to the Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: February 20 , 2013

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2